FILED

APR 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JULIO CESAR SUAZO-MARTINEZ,<br><br>                Defendant. | Criminal Case No. 08CR1285-JAH<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about __1/2007__, within the Southern District of California, defendant JULIO CESAR SUAZO-MARTINEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

WMC:jam:San Diego
4/7/08

<u>Count 2</u>

On or about January 8, 2008, within the Southern District of California, defendant JULIO CESAR SUAZO-MARTINEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: _4/10/08_ .

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney